UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE NICHOLS, | ) Case No. CV 09-7766 AHM(JC) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| | ) CONCLUSIONS, AND |
| J. HAVILAND, Warden, | ) RECOMMENDATIONS OF |
| | ) UNITED STATES MAGISTRATE |
| Respondent. | ) JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

///

///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2   United States Magistrate Judge's Report and Recommendation, and the Judgment
3   herein on petitioner and on counsel for respondent.
4   LET JUDGMENT BE ENTERED ACCORDINGLY.

6   DATED: March 23, 2010

                                    _____
                                    HONORABLE A. HOWARD MATZ
                                    UNITED STATES DISTRICT JUDGE